76 A.3d 529

IN THE MATTER OF CHRISTOPHER L. YANNON, AN
ATTORNEY AT LAW (ATTORNEY NO. 039712002).

October 16, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–376, concluding that **CHRISTOPHER L. YANNON** of **SEA GIRT,** who was admitted to the bar of this State in 2002, should be suspended from the practice of law for a period of one year for violating *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), *RPC* 8.1(a) (knowingly making a false statement of material fact in connection with a disciplinary matter), and *RPC* 8.4(c) (conduct involving dishonesty, deceit, fraud, or misrepresentation); and good cause appearing;

It is ORDERED that **CHRISTOPHER L. YANNON** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective November 15, 2013; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.